UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JACKSON LEWIS LLP
One North Broadway, Suite 1502
White Plains, New York 10601
(914) 328-0404
Counsel for Defendants:
    Greg A. Riolo (GR 1634)
    Michael A. Frankel (MF 9712)

------------------------------------------------------------X
TONYA OAKS AND ISHA WESTERN,

                        Plaintiff,

    -against-

AMERIPATH, INC.
                        Defendant.
------------------------------------------------------------X

07 Civ. 6247 (PKC)

DEFENDANT'S
NOTICE OF
APPEARANCE OF
COUNSEL

TO CLERK OF THE COURT:

        Please enter the appearance of Greg Riolo Esq. and Michael A. Frankel Esq. of the law firm of Jackson Lewis LLP on behalf of Defendant AMERIPATH, INC., in this action.

                        Greg Riolo (GR 1634)
                        Michael A. Frankel (MF 9712)
                        Jackson Lewis LLP
                        One North Broadway, Suite 1502
                        White Plains, New York 10601
                        (914) 328-0404
                        FAX: (914) 328-1882

                    Respectfully submitted,

                    JACKSON LEWIS LLP
                    One North Broadway, Suite 1502
                    White Plains, New York 10601
                    (914) 328-0404

By: _____
                    Greg Riolo (GR 1634)
                    Michael A. Frankel (SK 9712)

Dated: July 26, 2007
       White Plains, New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TONYA OAKS AND ISHA WESTERN,                :
                                            :    07 Civ. 6247 (PKC)
                        Plaintiff,          :
                                            :
        -against-                            :
                                            :
                                            :
                                            :
AMERIPATH, INC.                             :
                        Defendant.          :
------------------------------------------------------------X

## CERTIFICATE OF SERVICE

A copy of the foregoing Notice of Appearance was served via First Class U.S. mail this 26th day of July, 2007 to counsel for Plaintiff at the address below:

> Salar AliAhmed
> Ali S. Ahmed, PC
> 1301 Travis Street, Suite 1200
> Houston, Texas 77002
> *Attorneys for Plaintiff*

_____
GREG RIOLO