LAW OFFICES

# CRANER, SATKIN, SCHEER, SCHWARTZ & ARNOLD

A PROFESSIONAL CORPORATION

320 PARK AVENUE
P.O. BOX 367
SCOTCH PLAINS, NJ 07076

908-322-2333
FACSIMILE 908-322-4916

JOHN A. CRANER*•
STEPHEN A. SATKIN*
M. RICHARD SCHEER*
BRIAN D. SCHWARTZ
JONATHAN P. ARNOLD**•
MAGED W. HANNA*
*MEMBER NJ AND NY BARS
**MEMBER NJ, NY AND DC BARS
• CERTIFIED BY THE SUPREME COURT OF
  NEW JERSEY AS A CIVIL TRIAL ATTORNEY
• OF COUNSEL

NEW YORK OFFICE
246 EAST 30th STREET
1ST FLOOR
NEW YORK, NEW YORK 10016
212-938-2337
TELECOPIER
212-321-2101
REPLY TO SCOTCH PLAINS

**MEMO ENDORSED**

July 26, 2007

**Via Telecopier**
Honorable P. Kevin Castel, U.S.D.J.
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/26/07

Re: Tonya Oaks and Isha Western v. Ameripath, Inc. et al
    07 Civ. 6247 (PKC)

Dear Judge Castel:

I was very recently consulted by Ms. Isha Western to represent her in the captioned matter. From what papers I was shown, a discrimination in employment suit was filed in the U.S. District Court in Houston, Texas on behalf of Ms. Western and a fellow employee, Tonya Oaks. I further understand that this complaint, insofar as it concerns Ms. Western, was bifurcated and transferred to the U.S. District Court for the Southern District and assigned to you. I do not know who is representing the defendant(s) in New York.

I am presently in the process of reviewing this file and working out formal arrangements with Ms. Western to represent her and obtain the file from her Texas attorney. I do not believe the case has, insofar as Ms. Western is concerned, advanced beyond the filing of the complaint and an answer by defendant(s).

I met with Ms. Western yesterday. She now resides in Conyers, Georgia and flew up to New Jersey to meet with me and discuss her case. I need additional time to work out a retainer agreement with Ms. Western and obtain the file from her Texas attorney. I believe I will be retained by Ms. Western. Complicating my involvement in this case is

Honorable P. Kevin Castel, U.S.D.J.
July 26, 2007
Page 2

that a am scheduled to undergo back surgery on August 9, 2007 to remove a synovial cyst. I do not know how long the recovery period will be. Therefore, I am requesting that the initial pretrial conference scheduled for July 27, 2007 at 3:15 p.m. be adjourned to a September date. I would respectfully suggest a date in mid or late September since I am already committed to try a sexual harassment case in New Jersey starting on September 4, 2007. It is difficult to predict now if the case will actually go on September 4, but the practice is to hold counsel until their case is reached. I believe I will be free no later than September 14, 2007.

   Thank you very much for your consideration of this request. Would you please advise me if the conference is adjourned. I will, of course, promptly notify the Court that I have been retained and will also file a copy of the Substitution of Attorney through the Court's PDF program.

             Respectfully submitted,

             JOHN A. CRANER

JAC/jp
Doc. 207761

*[Handwritten notation:]* Conference adjourned from July 27, 2007 to September 21, 2007 @ 9:30 a.m. SO ORDERED. USDJ 7-26-07