# jackson|lewis

Attorneys at Law

Representing Management Exclusively in Workplace Law and Related Litigation

| Jackson Lewis LLP | ATLANTA, GA | LOS ANGELES, CA | PROVIDENCE, RI |
|---|---|---|---|
| | BOSTON, MA | MIAMI, FL | RALEIGH-DURHAM, NC |
| One North Broadway | CHICAGO, IL | MINNEAPOLIS, MN | RICHMOND, VA |
| | CLEVELAND, OH | MORRISTOWN, NJ | SACRAMENTO, CA |
| White Plains, New York 10601 | DALLAS, TX | NEW YORK, NY | SAN FRANCISCO, CA |
| | DENVER, CO | ORANGE COUNTY, CA | SEATTLE, WA |
| Tel 914 328-0404 | GREENVILLE, SC | ORLANDO, FL | STAMFORD, CT |
| Fax 914 328-1882 | HARTFORD, CT | PITTSBURGH, PA | WASHINGTON, DC REGION |
| | HOUSTON, TX | PORTLAND, OR | WHITE PLAINS, NY |
| www.jacksonlewis.com | LONG ISLAND, NY | | |

RECEIVED JUL 30 2007 CHAMBERS OF P. KEVIN CASTEL U.S.D.J.

July 27, 2007

**MEMO ENDORSED**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/13/07

VIA FEDERAL EXPRESS
Honorable P. Kevin Castel
United States District Judge
United States Courthouse
Southern District of New York
500 Pearl Street, Room 2260
New York, New York 10007-1312

Re: Isha Western v. Ameripath, Inc. et al
07 Civ. 6247 (PKC)

Dear Judge Castel:

We represent Defendant, Ameripath, Inc. in the above-entitled action brought by Isha Western ("Plaintiff"). Although Tonya Oaks is listed as a Plaintiff in this action, her case remains with the District Court in Texas.

We submit this letter pursuant to Rules 21 and 22 of the Local Rules for the Division of Business Among District Judges to respectfully request that this case be reassigned from New York City to White Plains.

Defendant Ameripath, Inc.'s local office where Plaintiff was assigned is located in Port Chester, New York. Plaintiff was employed by Ameripath New York, Inc. All of the material facts asserted in the Complaint allegedly occurred in the Port Chester branch although Plaintiff did have sales territory in Rockland, New Jersey, Staten Island and Manhattan. To the best of Defendant's knowledge, potential witnesses identified by Plaintiffs in their Complaint either currently work or worked at the Port Chester office. Plaintiff is a resident of New Jersey.

Maintaining this action in New York City would impose an undue burden on Defendant, as well as all the non-party witnesses in this matter. Therefore, consistent with Rules 21 and 22, we respectfully request this matter be officially transferred to the District Court sitting in White Plains.

A copy of this correspondence has today been sent to Plaintiff's counsel. Thank you for your attention to this request.

*Plaintiff or plaintiff's counsel is directed to respond to defendant Ameripath's letter of July 27 no later than August 20, 2007.*

Respectfully submitted,
JACKSON LEWIS LLP

Greg Riolo

MG:mg

cc: John A. Craner, Esq.

SO ORDERED.
*[signature]*, USDJ
8-9-07