UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JACKSON LEWIS LLP
One North Broadway, Suite 1502
White Plains, New York 10601
(914) 328-0404
Attorneys of Record:
    Greg A. Riolo (GR 1634)
    Michael A. Frankel (MF 9712)

------------------------------------------------------------X
ISHA WESTERN,

                        Plaintiff,          07 Civ. 6247 (PKC)

   -against-                                DEFENDANT'S NOTICE OF
                                                MOTION TO DISMISS
AMERIPATH, INC.,

                        Defendant.
------------------------------------------------------------X

To:    Ms. Isha Western
        2081 Fontainbleu Drive
        Conyers, Georgia 30094
        Plaintiff *Pro Se*

        PLEASE TAKE NOTICE THAT, on a date to be set by the Court, before The Honorable P. Kevin Castel, United States District Judge, at the United States Courthouse, 500 Pearl Street, Courtroom 12C, New York, New York 10007, Defendant Ameripath New York, Inc., by and through its attorneys, Jackson Lewis LLP, will hereby move this Court, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for an Order granting Defendant's Motion to Dismiss.

        PLEASE TAKE FURTHER NOTICE, that in support of the instant motion, Defendant will rely on the accompanying Memorandum of Law and the Affirmation of Michael A. Frankel, Esq., with exhibits, submitted in support of the instant motion.

PLEASE TAKE FURTHER NOTICE, that Plaintiff's answering papers, if any, must be served on Defendant by **November 2, 2007**. Defendant's reply papers, if any, shall be served on or before **November 9, 2007.**

                                            Respectfully submitted,

                                            JACKSON LEWIS LLP
                                            One North Broadway, Suite 1502
                                            White Plains, New York 10601

By: _/s/ Michael Frankel_
                                            Greg A. Riolo (GR 1634)
                                            Michael A. Frankel (MF 9712)

                                            *Attorneys for Defendant Ameripath New York, Inc.*

Dated: October 19, 2007
        White Plains, New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JACKSON LEWIS LLP
One North Broadway, Suite 1502
White Plains, New York 10601
(914) 328-0404
Attorneys of Record:
    Greg A. Riolo (GR 1634)
    Michael A. Frankel (MF 9712)

-------------------------------------------------------------------X
ISHA WESTERN,

                      Plaintiff,        07 Civ. 6247 (PKC)

    -against-

AMERIPATH, INC.,

                      Defendant.
-------------------------------------------------------------------X

## CERTIFICATE OF SERVICE

      I hereby certify that on October 19, 2007, I served a true and correct copy of Defendant's Notice of Motion to Dismiss, via Federal Express Overnight Delivery and First Class U.S. Mail, postage pre-paid, upon Plaintiff, Isha Western, at her current address:

                Ms. Isha Western
                2081 Fontainbleu Drive
                Conyers, Georgia 30094

                                        */s/ Michael Frankel*
                                        Michael A. Frankel