**EXHIBIT B**

# U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:07-cv-06247-PKC

| | |
|---|---|
| Western v. Ameripath, Inc. et al | Date Filed: 07/06/2007 |
| Assigned to: Judge P. Kevin Castel | Jury Demand: None |
| Case in other court: USDC-SDTX, 4:06-cv-02880 | Nature of Suit: 442 Civil Rights: Jobs |
| Cause: 42:2000e Job Discrimination (Employment) | Jurisdiction: Federal Question |

**Plaintiff**

**Isha Western**     represented by     **Salar Ali Ahmed**
1301 Travis Street
Ste 1200
Houston, TX 77002
(713) 223-1300
Fax: (713) 547-8910
Email: aahmed@wt.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Ameripath, Inc.**     represented by     **Greg Anthony Riolo**
Jackson Lewis LLP (WPlns)
One North Broadway
Suite 1502
White Plains, NY 10601
914-514-6123
Fax: 914-328-0541
Email: riolog@jacksonlewis.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen Engler Hammel**
Jackson Lewis L.L.P.
3811 Turtle Creek Blvd.
Ste. 500
Dallas, TX 75219
(214) 520-2400
Fax: (214) 520-2008
Email: hammels@jacksonlewis.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Victor Navasca Corpuz**
Jackson Lewis et al
3811 Turtle Creek Blvd.

Ste. 500
Dallas, TX 77002
(713) 223-1300
Fax: (214) 520-2008
Email: corpuzv@jacksonlewis.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Frankel**
Jackson Lewis LLP (WPlns)
One North Broadway
Suite 1502
White Plains, NY 10601
(914)-514-6131
Fax: (914)-328-1882
Email: frankelm@jacksonlewis.com
*ATTORNEY TO BE NOTICED*

**Defendant**
**Ameripath Marketing USA, Inc.**          represented by   **Stephen Engler Hammel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Victor Navasca Corpuz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
**Ameripath Texas, L.P.**          represented by   **Stephen Engler Hammel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Victor Navasca Corpuz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
**Ameripath, L.L.C.**          represented by   **Stephen Engler Hammel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Victor Navasca Corpuz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/06/2007 | 1 | CASE TRANSFERRED IN from the United States District Court - Southern District of Texas; Case Number: 4:06-cv-2880. Document filed by Isha Western.(laq) (Entered: 07/10/2007) |
| 07/06/2007 | | Magistrate Judge Ronald L. Ellis is so designated. (laq) (Entered: 07/10/2007) |
| 07/06/2007 | | Case Designated ECF. (laq) (Entered: 07/10/2007) |
| 07/10/2007 | | Mailed letter to the United States District Court - Southern District of Texas acknowledging receipt of their entire file, a certified copy of the transfer order and docket entries. (laq) (Entered: 07/10/2007) |
| 07/10/2007 | | Mailed notice to the attorney(s) of record. (laq) (Entered: 07/10/2007) |
| 07/12/2007 | 2 | ORDER RE INITIAL PRETRIAL CONFERENCE: Initial Conference set for 7/27/2007 at 03:15 PM in Courtroom 12C, 500 Pearl Street, New York, NY 10007 before Judge P. Kevin Castel. (Signed by Judge P. Kevin Castel on 7/12/07) (cd) (Entered: 07/13/2007) |
| 07/26/2007 | 3 | NOTICE OF APPEARANCE by Greg Anthony Riolo on behalf of Ameripath, Inc. (Riolo, Greg) (Entered: 07/26/2007) |
| 07/26/2007 | 4 | NOTICE OF APPEARANCE by Michael Frankel on behalf of Ameripath, Inc. (Frankel, Michael) (Entered: 07/26/2007) |
| 07/26/2007 | 5 | ENDORSED LETTER addressed to Judge Castel from John A. Craner dated 7/26/2007 re: Requesting an adjournment of the initial pretrial conference. ENDORSEMENT: Conference adjourned from July 27 to September 21, 2007 at 9:30 a.m..Initial Conference set for 9/21/2007 at 09:30 AM in Courtroom 12C, 500 Pearl Street, New York, NY 10007 before Judge P. Kevin Castel. (Signed by Judge P. Kevin Castel on 7/26/2007) (ad) (Entered: 07/26/2007) |
| 08/13/2007 | 6 | ENDORSED LETTER addressed to Judge Castel from Greg Riolo dated 7/27/2007 re: Requesting the case be transferred to the White Plains Courthouse. ENDORSEMENT: Plaintiff or plaintiff's counsel is directed to respond to defendant Ameripath's letter of July 27 no later than August 20, 2007. (Signed by Judge P. Kevin Castel on 8/9/2007) (ad) (Entered: 08/13/2007) |
| 09/19/2007 | 7 | LETTER addressed to Judge Castel from John A. Craner Esq. dated 09/18/2007 re: Advising the Court that he will not be representing Ms. Western. Document filed by Isha Western.(ad) (Entered: 09/19/2007) |
| 09/24/2007 | 8 | ORDER ADVISING THAT CASE WILL BE DISMISSED FOR FAILURE TO APPEAR: MS. WESTERN, YOU ARE ADVISED THAT YOUR FAILURE TO APPEAR IN COURTROOM 12C ON OCTOBER 5 2007 AT 11:45 A.M. --- EITHER IN PERSON OR BY AN ATTORNEY ADMITTED TO PRACTICE IN THIS COURT WHO |

|  |  | HAS FIRST FILED A NOTICE OF APPEARANCE--WILL BE DEEMED A FAILURE TO PROSECUTE THIS ACTION AND WILL RESULT IN A DISMISSAL OF YOUR CASE. A DISMISSAL MEANS THAT YOUR LAWSUIT WILL BE OVER AND THAT YOU WILL RECEIVE NO RELIEF OR RECOVERY. The Clerk is directed to mail a copy of this Order to Salar Ali Ahmed, 1301 Travis Street, Suite 1200, Houston TX 77002, counsel for Ms. Western in the Southern District of Texas, and to John A. Craner, Craner, Satkin, Scheer, Schwartz & Arnold, 320 Park Avenue, Scotch Plains, NJ, 07076, with requests that they forward the same to Ms. Western. (Signed by Judge P. Kevin Castel on 9/21/07) The Clerk's Office Has Mailed Copies.(tro) (Entered: 09/24/2007) |
| --- | --- | --- |
| 10/05/2007 |  | Minute Entry for proceedings held before Judge P. Kevin Castel : Initial Pretrial Conference held on 10/5/2007. No appearance by the plaintiff. The defendants will file their motions to dismiss by October 19, 2007. Motions due by 10/19/2007.Replies due by 11/9/2007. Responses due by 11/2/2007 (Court Reporter Sonya Huggins) (ad) (Entered: 10/09/2007) |