**EXHIBIT E**

1

```
            7A5AAWESC                    Conference
     1      UNITED STATES DISTRICT COURT
     1      SOUTHERN DISTRICT OF NEW YORK
     2      ------------------------------x
     2
     3      ISHA WESTERN,
     3
     4                     Plaintiff,
     4
     5               v.                              07 CV 6247 (PKC)
     5
     6      AMERIPATH, INC. ET. AL.,
     6
     7                     Defendants.
     7
     8      ------------------------------x
     8                                               New York, N.Y.
     9                                               October 5, 2007
     9                                               12:00 p.m.
    10
    10      Before:
    11
    11                     HON. P. KEVIN CASTEL,
    12
    12                                               District Judge
    13
    13                          APPEARANCES
    14
    14      JACKSON LEWIS LLP
    15           Attorneys for Defendants Ameripath
    15      BY:  MICHAEL FRANKEL
    16
    16
    17
    18
    19
    20
    21
    22
    23
    24
    25
                          SOUTHERN DISTRICT REPORTERS, P.C.
                                  (212) 805-0300
```

```
                                                                    2
            7A5AAWESC                  Conference
   1                 (Case called)
   2                 MR. FRANKEL:  Michael Frankel, representing Ameripath,
   3        your Honor.
   4                 THE COURT:  All right.  Let me just review where we
   5        are.  The claim of Ms. Isha Western was transferred to this
   6        court from the Southern District of Texas on July 6.  On that
   7        date I set a conference for this action of July 27.  At the
   8        request of a Mr. Craner who was considering entering a notice
   9        of appearance for Ms. Western, I adjourned the conference for
  10        September 21.  On September 21 counsel for the defendant
  11        appeared.  There was no appearance by Ms. Western or by any
  12        attorney on her behalf.  I issued an order dated September 21
  13        giving Ms. Western one final opportunity to appear.  Set the
  14        matter for a hearing in conference for today.
  15                 In bold face solid caps my order reads:
  16                 Ms. Western, you are advised that your failure to
  17        appear in courtroom 12C on October 5, 2007 at 11:45 a.m. either
  18        in person or by attorney admitted to practice in this court who
  19        has first filed a notice of appearance will be deemed a failure
  20        to prosecute this action and will result in a dismissal of your
  21        case.
  22                 Dismissal means that your lawsuit will be over and
  23        that you will receive no relief or recovery.
  24                 I directed that the clerk mail the copy of the order
  25        in a specified fashion, and the docket sheet reflects "The
                       SOUTHERN DISTRICT REPORTERS, P.C.
                                (212) 805-0300
```

```
                                                                    3
                    7A5AAWESC                   Conference
         1     clerk's office has mailed copies".  And that's docket entry
         2     number 8.
         3              What, if anything, can you tell me, Mr. Frankel?  Have
         4     you heard anything from Ms. Western?
         5              MR. FRANKEL:  No, your Honor, we haven't heard from
         6     Ms. Western, Mr. Ahmed or Mr. Craner since the last court
         7     conference on September 21.
         8              THE COURT:  All right.  What is your application then?
         9              MR. FRANKEL:  We move since Ms. Western has failed to
        10     appear that the Court dismiss Ms. Western's claim for failure
        11     to prosecute pursuant to Section 41 of the Federal Rules.
        12              THE COURT:  What I am going to direct you to do is
        13     file a motion and obviously the motion will have to be served
        14     and I will then decide the motion.
        15              Now, explain to me, if you will, in the event that
        16     circumstances were to arise which would cause me to deny your
        17     motion, perhaps, some new development, you have written to me
        18     asserting your belief that this case should be in White Plains
        19     could you please expand on that a little further.
        20              MR. FRANKEL:  Yes, your Honor.  Ms. Western was
        21     employed in Ameripath's Portchester office which is located in
        22     Westchester County.  We believed at the time she filed this
        23     lawsuit she was a resident of New Jersey.  Mr. Craner indicated
        24     she currently resides in Georgia.  The case has no connection
        25     to New York City and pursuant to the local rules 21 and 22 we
```

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

```
                                                               4
                7A5AAWESC                 Conference
     1    think the case should be transferred to White Plains for
     2    purposes there as the defendant resides in White Plains and
     3    Ms. Western is not a resident of New York.
     4             THE COURT:  All right.  So the defendant resides in
     5    White Plains and not in New York County or the Bronx County; is
     6    that correct?
     7             MR. FRANKEL:  Yes, your Honor.  In Portchester, in
     8    Westchester County.
     9             THE COURT:  All right.  So what you should do when you
    10    file your motion papers is seek that as the alternative relief.
    11    But based on what I have heard here today, unfortunately, I may
    12    be required to dismiss this case for failure to prosecute.  I
    13    am going to require you to purchase a copy of the transcript
    14    and to annex a portion or annex the transcript to your motion
    15    papers so that Ms. Western will be able to read what transpired
    16    today.
    17             MR. FRANKEL:  Yes, your Honor.
    18             THE COURT:  And you may file your motion by October
    19    19.  Is that convenient?
    20             MR. FRANKEL:  Yes, your Honor, that's fine.
    21             THE COURT:  Any response to the motion will be due by
    22    November 2 which is a lengthy period of time.  It will be a
    23    full two weeks and it is to be served and filed by November 2.
    24    If there is a response then the reply will be due November 9.
    25    If there is no response then I will direct that you write a
                          SOUTHERN DISTRICT REPORTERS, P.C.
                                     (212) 805-0300
```

```
                                                                      5
                   7A5AAWESC                 Conference
         1     letter to the Court advising that there's been no response.
         2              MR. FRANKEL:  Yes, your Honor.
         3              THE COURT:  Well, thank you very much.  Sorry to drag
         4     you in.
         5              MR. FRANKEL:  Not a problem.  Thank you.
         6                              o 0 o
         7
         8
         9
        10
        11
        12
        13
        14
        15
        16
        17
        18
        19
        20
        21
        22
        23
        24
        25
                         SOUTHERN DISTRICT REPORTERS, P.C.
                                  (212) 805-0300
```