United States District Court
Southern District Court of New York
Pro Se Department, Room 230
Judge Castle
500 Pearl Street
New York, New York 10002

*MEMO ENDORSED*

January 24, 2008

Re: Isha R Western vs. Ameripath, Inc., et al
    07 Civ 6247

Dear Judge Kevin Castel,

We consent to put the discovery on hold until after the mediation process, which is scheduled mid March 2008.

I was notified on January 23, 2008 by USDC SDNY that a Pro Bono attorney was assigned to my case; however, the mediation will not take place until mid March, 2008. Therefore, I contacted the attorney, Michael Frankel of Jackson and Lewis Law Firm to ask him to consider holding off on requesting discovery documentation and until after the mediation has concluded. He informed me today, January 24, 2008 that his client has agreed to this arrangement.

Would you grant moving the discovery hearing from April 30, 2008 until mediation has concluded?

In addition, I have surgery scheduled for February 7, 2008 and need to recuperate, by granting a hold on the discovery hearing will allow me the necessary time to focus on the outcome of my surgery.

Thank you in advance for your time and consideration.

*Isha R. Western*

Isha R Western
Plaintiff; ishawestern@comcast.net
Cc: Frankelm@jacksonlewis.com
    Riolog@jacksonlewis.com

---

All fact discovery to be completed by May 30, 2008. All expert discovery to be completed by June 20. Conference adjourned from May 2 at 9:30 am June 26, 2008 at [?]. SO ORDERED. /s/ [signature] USDJ 2-4-08

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/5/08