| USDS SDNY |
|---|
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: |
| DATE FILED: 5/14/08 |

Isha R Western
2081 Fontainbleau Dr
Conyers, Ga 30094

RECEIVED
MAY - 9 2008
CHAMBERS OF
P. KEVIN CASTEL
U.S.D.J.

April 30, 2008

VIA FACSIMILE (212) 805-0842
Honorable P. Kevin Castel
United States District Court
Southern District Court of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED** Re: Western v Ameripath, Inc. et al 07Civ6247 (PKC)

Dear Judge Castel:

I am writing to inform Your Honor that I am now in need of Counsel, I made application with the Pro Se Department for Pro Bono counsel in January 2008. My request was denied by you due to the fact that my case was going thru mediation. Unfortunately, The Law Firm of Jackson & Lewis did not return phone calls, letters nor emails from my counsel, which was the students of the New York Law School. My counsel reached out to Mr. David Weinsfield, mediator for assistance, he too did not receive any return phone calls; therefore the counteroffer was not addressed.

On March 14, 2008, Jackson & Lewis counsel, Greg Riolo assured us he would contact my counsel within ten days with a counter offer, my counsel did not hear from him, so they called, Mr. Riolo. He stated he could not get any research completed because his staff was on spring break. (we were surprised by that remark)

Your Honor, other letters and emails went out to Mr. Riolo still no response. The New York Law School students will graduate this May therefore; my counsel has withdrawn from my case. This mediation was not a meeting of the minds because Ameripath Counsel did not fully cooperate to give it a fair chance

Your Honor, I have two requests:
 1. Is it possible to have a mediation hearing demanded for Quest Diagnostics' (the new owners of Ameripath) and the Jackson & Lewis counsel to be present in front of a judge verses a mediator, since this mediation hearing was unsuccessful? I understand this often done to bring closure to a situation like this one.
 2. Since my request for Pro Bono counsel was denied by you not because I am not in need of financial assistance but because the mediation was not complete. Therefore, can you reinstate my request for representation thru the Pro Se Department? Can you extend the May 30, 2008 discovery deadline?

I truly wanted this mediation to be successful but in order for a meeting of the minds to take place, all parties must be willing to correspond with one another, this did not happen, maybe because Ameripath went thru an acquisition and the new owners, Quest Diagnostics has to look further in settling Ameripath's debt. By the way, once I was discriminated against by Ameripath, I was hired by Quest Diagnostics, who now owns the company I have pressed discrimination chargers against. I really need to bring three years of stress to closure I can not escape this nightmare. I am asking the courts to grant mediation with Pro Bono Counsel.

In God We Trust, all things are in his hands,

Warm Regards,
Isha R Western

*Handwritten endorsement:*
① The Pro Se Clerk's Office may place the case on the list of those eligible for pro se representation. This does not affect schedule.
② The mediation process concluded unsuccessfully.
③ Fact discovery is extended to June 20. I will set a new date for completion of expert discovery at the June 26 conference.

SO ORDERED.
/s/ USDJ
5-14-08