UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

Isha Western

       Plaintiff(s),

- against -

Ameripath Inc., et al

       Defendant(s).

------------------------------------------------------------x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/20/08

07 Civ. 6247 (PKC)

REVISED CIVIL CASE MANAGEMENT
PLAN AND SCHEDULING ORDER

The Civil Case Management Plan and Scheduling Order is modified as follows:

1. The date in paragraph 5 thereof for the completion of all <u>fact</u> discovery is extended to __July 14__.

2. The date in paragraph 7 thereof for the completion of all <u>expert</u> discovery is extended to __August 29__.

3. Other directions to the parties:

4. The next Case Management Conference [the Final Pretrial Conference] will be held on __July 17, 2008__ at __9:30__ (am)/pm. Any conference scheduled for a date prior thereto is adjourned. The __June 26__

5. In all other respects the preexisting Civil Case Management Plan and Scheduling Order, except insofar as it may have been previously modified by Order of this Court, remain in full force and effect.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
       May 20, 2008